# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00432-CV

**Melissa Goodman, Appellant**

**v.**

**Housing Authority of the City of Austin, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. C-1-CV-20-002172, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 9, 2022. On December 7, 2022, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by December 19, 2022, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: February 23, 2023